AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Johnson, William P. | 2. Court or Organization<br><br>District Court - New Mexico | 3. Date of Report<br><br>08/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U. S. District Court<br>333 Lomas Blvd., NW, #640<br>Albuquerque, NM 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Conservator | Estate #1 |
| 2. Board Member, Vice President of Programs | Great Southwest Council, Boy Scouts of America |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | NM State Employees Pension Fund; pension at age 64; no control |
| 2. | |
| 3. | |



| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 08/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | UNM Law School - teaching | $2,656.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | State of New Mexico, retirement pension |
| 2. 2009 | Self employed consultant in the juvenile justice field |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 08/13/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | credit card/unsecured loan | K |
| 2. | Ed Financial | Student loan for ▓▓▓ college | K |
| 3. | NM Bank & Trust | unsecured line of credit | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 08/13/2010 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (checking accounts) | D | Interest | J | T | | | | | |
| 2. Pershing, LLC, (IRA custodian) | | | | | | | | | |
| 3. --Apache Corp. com stock | A | Dividend | J | T | Sold (part) | 3/30/09 | J | A | |
| 4. --Bank of Amer. com stock | | None | | | Sold | 3/30/09 | J | A | |
| 5. --Chevron Corp. com stock | A | Dividend | J | T | Sold (part) | 3/30/09 | J | A | |
| 6. --Coca Cola com stock | A | Dividend | J | T | Sold (part) | 3/30/09 | J | A | |
| 7. --Ebay com stock | | None | | | Sold | 3/30/09 | J | A | |
| 8. --Exxon Mobile com stock | A | Dividend | K | T | Sold (part) | 3/30/09 | J | A | |
| 9. --Ford Motor Co. com stock | | None | J | T | | | | | |
| 10. --Freeport McMoran Inc. com stock | | None | J | T | | | | | |
| 11. --General Electric com stock | | None | | | Sold | 3/30/09 | J | A | |
| 12. --Intel com stock | | None | | | Sold | 3/30/09 | J | A | |
| 13. --Kinross Gold Corp com stock | | None | J | T | Buy | 3/30/09 | J | | |
| 14. --Microsoft com stock | | None | | | Sold | 3/30/09 | J | A | |
| 15. --Peabody Ener. com. stock | A | Dividend | J | T | | | | | |
| 16. --Patriot Coal Corp. com. stock | | None | | | Sold | 3/30/09 | J | A | |
| 17. --Pfizer Corp. com stock | A | Dividend | J | T | Sold (part) | 3/30/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 08/13/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Proctor & Gamble c.stock | A | Dividend | J | T | | | | | |
| 19. --Proshares R Shrt Russell 2000 | | None | J | T | Buy | 4/20/09 | J | | |
| 20. --Proshares Tr Short Dow 30 Proshares | | None | J | T | Buy | 4/20/09 | J | | |
| 21. --Proshares Tr Short S&P 500 Proshares | | | J | T | Buy | 4/20/09 | J | | |
| 22. US Bancorp com stock | A | Dividend | J | T | Sold (part) | 3/30/09 | J | A | |
| 23. United Parcel Service com stock | | None | | | Sold | 3/30/09 | J | A | |
| 24. --Fidelity Cash Reserves (FDRXX) | | None | | | Sold | 3/17/09 | J | A | |
| 25. --IShares TR MSC EAFE Index Fd. (EFA) | | None | | | Sold | 3/30/09 | J | A | |
| 26. --Streettracks Gold TR SHS (GLD) | | None | J | T | | | | | |
| 27. --Proshares TR Ultra S&P 500 (SSO) | | None | | | Sold | 3/30/09 | J | A | |
| 28. Custodial Account #1 | | | | | | | | | |
| 29. --American Cent. Select Fund | A | Dividend | J | T | | | | | |
| 30. Custodial Account #2 | | | | | | | | | |
| 31. --American Cent. Select Fund | A | Dividend | | | Sold | 5/22/09 | J | A | |
| 32. Estate #1 (Conservatorship) | | | | | | | | | |
| 33. --Bank of America (various accounts) | F | Interest | J | T | | | | | |
| 34. --Bank of America, certificates of deposit | F | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 08/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --Rental Property #1, Albuquerque, NM | D | Rent | M | W | | | | | |
| 36.   --Real Estate Contract | B | Distribution | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Johnson, William P. | 08/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I, Line 1: Court appointed Conservator for ▓▓▓▓▓▓▓▓▓▓▓▓▓ No compensation.

Part VII. Investments and Trusts:

Line 2: The IRA custodian, Pershing, LLC, is a subsidiary of The Bank of New York Mellon Corp. Pershing, LLC became IRA custodian in early 2009 and replaced F&S Asset Management Group, Inc., the IRA custodian during 2008. During the beginning of 2009 while F&S Asset Mgmt. Corp was IRA custodian, no reportable transactions occurred. All reportable transactions for the IRA account in 2009 occurred after Pershing became IRA custodian.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544